WILLIAM D. HACKETT ET AL. *v.* RICHARD F. WHELAN
(8096)

SPALLONE, O'CONNELL and FOTI, Js.

Argued January 30—decision released February 14, 1990

*F. Timothy McNamara,* with whom, on the brief, was *Catherine Squillace,* for the appellants (plaintiffs).

*Lewis S. Lerman,* for the appellee (defendant).

PER CURIAM. There is no error.

DAVID H. THORNE *v.* MARGARET L. MOORE
(7400)

BORDEN, DALY and LAVERY, Js.

Argued February 7—decision released February 15, 1990

*Bruce L. Levin,* with whom, on the brief, was *Lawrence Dalaker,* for the appellant (defendant).

*Karen L. Karpie,* for the appellee (plaintiff).

PER CURIAM. There is no error.